IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:05-cr-108-LSC-SRW |
| | ) | |
| GEORGE HOEY MORRIS, | ) | |
| | ) | |

## **MEMORANDUM OPINION**

George Hoey Morris, a federal prisoner acting *pro se*, filed this action to pursue motions for reversal of verdict and dismissal of sentence pursuant to Fed.R.Crim.P. 33. (Docs. 295 and 305.) The magistrate judge has entered a report recommending that Morris's motions for reversal of verdict and dismissal of sentence be denied as untimely filed. (Doc. 306.) Morris filed objections on December 13, 2010. (Doc. 312.)

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and Morris's objections and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge. In accordance with the recommendation, Morris's motions for reversal of verdict and dismissal of sentence (Doc. 295 and 305) are both due to be DENIED as untimely filed. A separate final order will be entered.

Done this 5th day of January 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458